IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:22-CR-325-TWT-JEM |
| DESMOND JAKELL GRIER, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 74] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress [Doc. 40]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the officers had reasonable suspicion to stop the Defendant's vehicle and probable cause to search this vehicle after smelling the odor of marijuana. The Defendant's Objections to the Report and Recommendation are overruled. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 40] is DENIED.

SO ORDERED, this 29th day of March, 2024.

THOMAS W. THRASH, JR.
United States District Judge